COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:        Debra Huett v. Paul Cheng

Appellate case number:   01-12-00680-CV

Trial court case number:   1009881

Trial court:                          County Civil Court at Law No. 4 of Harris County, Texas

On July 18, 2012, appellant Debra Huett filed an affidavit of indigence for costs of appeal in the trial court along with her notice of appeal. The county clerk timely filed a contest to the affidavit of indigence on July 24, 2012, and the trial court timely signed an order that same day extending the time to conduct the hearing on the contest by twenty days. *See* Tex. R. App. P. 20.1(e), (i). On July 30, 2012, the trial court timely signed an order sustaining the contest to the affidavit of indigence. *See* Tex. R. App. P. 20.1(i). Appellant was required to file a motion challenging the trial court's order within ten days after the order was signed. *See* Tex. R. App. P. 20.1(j). Appellant did not file a motion challenging the order sustaining the contest within ten days of July 30, 2012.

Appellant is **ORDERED** to pay the filing fee of $175.00 to this Court no later than 10 days from the date of this order, or the appeal will be dismissed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Tex. Gov't Code Ann. §§ 51.207, 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* Tex. R. App. P. app. A § B(1) (listing fees in court of appeals); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case).

Appellant is **ORDERED** to file within 30 days of the date of this order proof that

appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record or this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
                      ☑ Acting individually     ☐ Acting for the Court

Date: September 7, 2012